Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26-10569

| Caption: | |
|---|---|
| 600 Cleveland, LLC, Appellant,<br>v.<br>Bank of America, N.A., Appellee | District and Division: Middle District of Florida, Tampa Division<br>Name of Judge: Judge Kathryn Kimball Mizelle<br>Nature of Suit: Breach of Contract (Lease) |
| | Date Complaint Filed: May 23, 2024<br>District Court Docket Number: 8:24-cv-1652-KKM-AAS |
| | Date Notice of Appeal Filed: February 26, 2026<br>☐ Cross Appeal ☐ Class Action |
| | Has this matter previously been before this court?<br>☐ Yes ☑ No<br>If Yes, provide<br>(a) Caption: ____<br>(b) Citation: ____<br>(c) Docket Number: ____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Alyssa L. Cory, Esq.<br>Lonnie L. Simpson, Esq.<br>Timothy D. Woodward, Esq. | 4301 W. Boy Scout Blvd.<br>Suite 300<br>Tampa, FL 33607 | (813) 229-8900<br>acory@shutts.com<br>lsimpson@shutts.com<br>twoodward@shutts.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Emily Y. Rottmann, Esq.<br>Robert A. Muckenfuss, Esq. | 50 N. Laura St., Ste. 300<br>Jacksonville, FL 32202<br><br>201 N. Tryon St., Ste. 3000<br>Charlotte, N.C. 28202 | (904) 798-3224<br>erottmann@mcguirewoods.com<br><br>(704) 343-2000<br>rmuckenfuss@mcguirewoods.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question<br>☑ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☑ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other ____ | Amount Sought by Plaintiff: $ 5,222,997.78<br>Amount Sought by Defendant: $ 160,882.01<br>Awarded: $ 35,063.17 to Defendant Bank of America, N.A.<br>Injunctions:<br>☐ TRO<br>☐ Preliminary ☐ Granted<br>☐ Permanent ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? ______

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

If Yes, provide
(a) Case Name/Statute Pomeranc v. Winn Dixie Stores, Inc.
(b) Citation 598 So. 2d 103 (Fla. 5th DCA 1992)
(c) Docket Number if unreported ______

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name ______
(b) Citation ______
(c) Docket Number if unreported ______
(d) Court or Agency ______

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether the district court erred in granting summary judgment based on an interpretation of Florida law that permits windfall exceptions in the context of restoration damages.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 6th DAY OF March, 2026.

Alyssa L. Cory
NAME OF COUNSEL (Print)

/s/ Alyssa L. Cory
SIGNATURE OF COUNSEL