**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

APPEAL NO. 26-10569-J

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO: 8:24-cv-01652-KKM-AAS

---

600 CLEVELAND, LLC
Appellant,

vs.

BANK OF AMERICA, N.A.,
Appellee.

---

# JOINT MOTION FOR VOLUNTARY DISMISSAL

---


Emily Y. Rottmann
Florida Bar No. 93154
*erottmann@mcguirewoods.com*
**MCGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200

Robert A. Muckenfuss
North Carolina Bar No. 28218
*rmuckenfuss@mcguirewoods.com*
**MCGUIRE WOODS LLP**
201 North Tryon St., Suite 3000
Charlotte, North Carolina 28202
(704) 343-2000
*Attorneys for Appellee*
*Bank of America, N.A.*

Lonnie L. Simpson
Florida Bar No. 0821871
*lsimpson@shutts.com*
Timothy D. Woodward
Florida Bar No.
*twoodward@shutts.com*
Alyssa L. Cory
Florida Bar No. 118150
*acory@shutts.com*
Jonathan T. Tortorici
Florida Bar No. 1032589
*jtortorici@shutts.com*
**SHUTTS & BOWEN LLP**
4301 W. Boy Scout Blvd., Suite 300
Tampa, Florida 33607
(813) 227-8113
*Attorneys for Appellant*
*600 Cleveland, LLC*

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rules 26.1-1, 26.1-2, 26.1-3, and 26.1-4, the following persons and entities have an interest in the outcome of this case:

1. 600 Cleveland, LLC (Appellant);

2. Bank of America Corporation (BAC:NYSE) (Parent of NB Holdings Corporation);

3. Bank of America, N.A. (Appellee);

4. BAC North America Holding Company (Parent of Appellee Bank of America, N.A.);

5. Bowyer, Jason R. (Appellee's counsel);

6. Cory, Alyssa L. (Appellant's counsel);

7. Ikajeva, Zigrida (Appellant member);

8. Ikajevs, Daniels (Appellant member);

9. McCamey, Zachary L. (Appellee's counsel);

10. McGuireWoods LLP (Appellee's counsel);

11. Mizelle, Hon. Kathryn Kimball Mizelle (U.S. District Judge);

12. Muckenfuss, Robert A. (Appellee's counsel);

13. NB Holdings Corporation (Parent of BAC North America Holding Company);

14. Rottmann, Emily Y. (Appellee's counsel);
15. Saavedra, Carolina (Appellant's counsel);
16. Sansone, Hon. Amanda Arnold (U.S. Magistrate Judge);
17. Shenhav, Ella A. (Appellant's counsel);
18. Shutts & Bowen LLP (Appellant's counsel);
19. Simpson, Lonnie L. (Appellant's counsel);
20. Tortorici, Jonathan T. (Appellant's counsel);
21. Woodward, Timothy D. (Appellant's counsel).

## CORPORATE DISCLOSURE STATEMENT

Appellant 600 Cleveland, LLC does not have a parent corporation. No publicly held corporation owns 10% or more of 600 Cleveland, LLC stock.

Appellee Bank of America, N.A. is wholly owned by BAC North America Holding Company. BAC North America Holding Company is a direct, wholly owned subsidiary of NB Holdings Corporation. NB Holdings Corporation is a direct, wholly owned subsidiary of Bank of America Corporation. Bank of America Corporation (BAC:NYSE) is a publicly held company that has no parent company and no publicly held corporation owns more than 10% of Bank of America Corporation's shares.

## JOINT MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

Appellant 600 Cleveland, LLC and Appellee Bank of America, N.A., pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 42-1(a), notify the Court that they have settled this matter and jointly move to dismiss this appeal as to all parties and all claims with prejudice, with each party to bear its own attorneys' fees and costs.

## CONCLUSION

The parties respectfully request that this Appeal be dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

By: */s/Emily R. Rottmann*
Emily Y. Rottmann
Florida Bar No. 93154
*erottmann@mcguirewoods.com*
**MCGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200

Robert A. Muckenfuss
North Carolina Bar No. 28218
*rmuckenfuss@mcguirewoods.com*
**MCGUIRE WOODS LLP**
201 North Tryon St., Suite 3000
Charlotte, North Carolina 28202
(704) 343-2000
*Attorneys for Appellee*
*Bank of America, N.A.*

By: */s/Lonnie L. Simpson*
Lonnie L. Simpson
Florida Bar No. 0821871
*lsimpson@shutts.com*
Timothy D. Woodward
Florida Bar No.
*twoodward@shutts.com*
Alyssa L. Cory
Florida Bar No. 118150
*acory@shutts.com*
Jonathan T. Tortorici
Florida Bar No. 1032589
*jtortorici@shutts.com*
**SHUTTS & BOWEN LLP**
4301 W. Boy Scout Blvd., Suite 300
Tampa, Florida 33607
(813) 227-8113
*Attorneys for Appellant*
*600 Cleveland, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, who will serve the following:

Emily Y. Rottmann
McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-3200
E-mail addresses:
Erottmann@mcguirewoods.com
*Counsel for Appellee*

Robert A. Muckenfuss
McGuireWoods LLP
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2070
E-mail addresses:
rmuckenfuss@mcguirewoods.com
*Counsel for Appellee*

*/s/Lonnie L. Simpson*
ATTORNEY

**CERTIFICATE OF COMPLIANCE**

This document complies with the with the typeface and type style requirements of FRAP 32(a)(5) and 32(a)(6) in that it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman size 14 and it complies with the type-volume limits in FRAP 27(d)(2) as this document contains 92 words and does not exceed 5,200 words.

*/s/Lonnie L. Simpson*
ATTORNEY