# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 23, 2026

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 26-10569-JJ
Case Style: 600 Cleveland, LLC v. Bank of America, N.A.
District Court Docket No: 8:24-cv-01652-KKM-AAS

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's joint motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

No. 26-10569-JJ

---

600 CLEVELAND, LLC,
a Florida limited liability company,

Plaintiff - Counter Defendant - Appellant,

versus

BANK OF AMERICA, N.A.,

Defendant - Counter Claimant - Appellee.

---

Appeal from the United States District Court
for the Middle District of Florida

---

ORDER: Joint motion to voluntarily dismiss appeal filed by Appellant 600 Cleveland, LLC is GRANTED by clerk. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective July 23, 2026.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION